


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE WADIS,<br>Petitioner,<br><br>v.<br><br>COMMONWEALTH OF PENNSYLVANIA,<br>Respondents. | CIVIL ACTION<br><br>NO. 14-1899 |

## ORDER

AND NOW, this 11th day of July, 2014, upon independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation ("R&R") of United States Magistrate Judge Henry S. Perkin dated June 18, 2014, **IT IS HEREBY ORDERED** that:

1. the R&R is **APPROVED** and **ADOPTED**;

2. the Petition for Writ of Habeas Corpus is **DENIED** without prejudice and **DISMISSED** without an evidentiary hearing; and

3. there is no probable cause to issue a certificate of appealability.

BY THE COURT:

_____
L. FELIPE RESTREPO, J.